Michele R. Stafford, Esq. (SBN 172509)
Anne M. Bevington (SBN 172509)
Tino X. Do (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: abevington@sjlawcorp.com
Email: tdo@sjlawcorp.com

Attorneys for Plaintiffs, Pension Plan for Pension Trust Fund for Operating Engineers, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK PARR, an individual, *dba* TRI-VALLEY SWEEPING, et al.<br><br>Defendants. | Case No. 3:17-cv-02261-HSG-JSC<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR AT DEBTOR'S EXAMINATION; ORDER SETTING HEARING ON ORDER TO SHOW CAUSE** |

Plaintiffs PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al. ("Plaintiffs") obtained a default judgment against Defendant MARK PARR on January 16, 2020 in the amount of $180,145.51 for assessed withdrawal liability under ERISA. (Dkt. No. 89). Under the Judgment, Mr. Parr is obligated to provide information to Plaintiffs to enable the Pension Plan to determine withdrawal liability issues.

The Court issued an Order to Appear for Examination to Mr. Parr on July 22, 2020. (Dkt. No. 98). The Order to Appear for Examination and a Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, was personally served on Mr. Parr on July 24, 2020. (Dkt. No. 100). The Order to Appear for Examination and Civil Subpoena directed Mr. Parr to appear on August 21, 2020 at 9:30 a.m. via Zoom before Chief Magistrate Judge Joseph C. Spero for a Debtor's

1

**[PROPOSED] ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT DEBTOR'S EXAMINATION; ORDER SETTING HEARING ON ORDER TO SHOW CAUSE**
Case No.: C17-02261 LB    C:\Users\homk\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\LZ3T7VAD\Tri Valley Sweeping - Prop Order to Show Cause re Debtors Exam jcs.docx

Examination and produce requested documents. On August 10, 2020, counsel for Plaintiffs sent a letter to Mr. Parr to confirm the August 21, 2020 Debtor's Examination.

On August 21, 2020, the Court conducted the Debtor's Examination at 9:30 a.m. but Mr. Parr failed to appear.

Accordingly, Defendant MARK PARR is ORDERED to personally appear on **September 18, 2020, at 9:30 a.m.** via Zoom (Zoom information can be found on Judge Spero's web page at https://www.cand.uscourts.gov/judges/spero-joseph-c-jcs/) and SHOW CAUSE why the Court should not hold Mr. Parr in contempt and impose sanctions, including but not limited to monetary sanctions or incarceration in county jail or in prison, for Mr. Parr's failure to appear for the August 21, 2020 Debtor's Examination. Alternatively, Mr. Parr may appear at the Order to Show Cause hearing and be prepared to conduct the Debtor's Examination and produce the documents requested in the Civil Subpoena.

IT IS SO ORDERED.

DATED: August 24, 2020

By: _____
JOSEPH C. SPERO
Chief Magistrate Judge